**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Betty H Blanda, et al., | No. CV-21-01185-PHX-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas J Cisar, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Attorney Fees. (Doc. 19). Pursuant to the stipulation of the parties, (Doc. 22), the Court orders the following:

**IT IS ORDERED** that Plaintiff Betty Blanda is awarded $18,000 in attorneys' fees against William Cisar, the removing defendant.

**IT IS FURTHER ORDERED** that the $18,000 in attorneys' fees shall accrue interest at the applicable federal rate from and after the date of entry of judgment until paid in full.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to recover attorneys' fees and costs incurred in executing or otherwise enforcing this award.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (Doc. 19) is **denied** as moot.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated this 25th day of February, 2022.

James A. Teilborg
Senior United States District Judge